UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-60701-CIV-SINGHAL

APPLE CORPS LIMITED and SUBAFILMS LIMITED,

    Plaintiffs,

vs.

AAA SKY, *et al.,*

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Notices of Voluntary Dismissal dismissing Defendants 42, 78, and 79 (DE [22] and [26]). It is therefore

**ORDERED AND ADJUDGED** that the claims against Defendants Jason E. Tieman (Defendant Number 42), printblur.com (Defendant Number 78), and printerval.com (Defendant Number 79) are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 2nd day of May 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF